# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | | |
|---|---|---|
| LAMB WESTON, INC., *Plaintiff* | ) ) | |
| v. | ) | Case No. 1:25-cv-176 |
| IVAN MERCADO *Defendant* | ) ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ivan Mercado                                                                                                    .

Date: 03/11/2025

/s/ Amy Richardson
*Attorney's signature*

Amy Richardson N.C. Bar No.: 28768
*Printed name and bar number*
333 Fayetteville Street, Suite 1500
Raleigh, NC 27601

*Address*

aricharadson@hwglaw.com
*E-mail address*

(919) 504-9833
*Telephone number*

(202) 730-1301
*FAX number*