IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| LAMB WESTON, INC.,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>IVAN MERCADO,<br><br>　　　　　　Defendant. | 1:25-CV-176 |

## **CONSENT ORDER**

**THIS MATTER** is before the Court on the Parties' Joint Motion for Entry of Consent Order Pending a Preliminary Injunction Hearing, Doc. 13.

**THE COURT**, having considered the Joint Motion and all applicable matters of record, **CONCLUDES**, in its discretion, that good cause exists to **GRANT** the Joint Motion.

Accordingly, it is hereby **ORDERED** that Defendant Ivan Mercado shall not disclose or use, and is enjoined and restrained from disclosing or using, Lamb Weston's confidential information. Specifically, Defendant may not disclose to anyone not currently employed by Lamb Weston, or otherwise use in any way, Lamb Weston's current and future marketing plans, market positions, strategy, budgets, long-range plans, customer information, sales data and strategies, pricing data and strategies, cost data, formulas, recipes, manufacturing information, research and development information, new product concepts, personnel information, privileged information, or other information used by or concerning Lamb Weston, where such information is not publicly available, or has been treated as confidential. This shall be with the proviso that, consistent with his Separation Agreement, nothing in this Order will "prohibit [Mercado] from reporting possible violations of federal law or regulation to, or participating in any investigation by, any governmental

agency or entity …or making other disclosures that are protected under the whistleblower provisions of federal law or regulation."

Further, it is hereby **ORDERED** that Defendant, via his counsel, shall return any Lamb Weston company property in his possession to Lamb Weston's counsel by no later than 5:00 p.m. ET on Saturday, March 15, 2025. This includes all files, records, documents, reports, computers, cellular telephones and other business equipment, keys, and other physical, personal or electronically stored property of Lamb Weston in Defendant's possession or control.

The terms of this Consent Order shall remain in force and effect until the Court renders a decision on Lamb Weston's pending motion for a preliminary injunction.

**SO ORDERED** this the 11th day of March, 2025.

_____
CHIEF/SENIOR UNITED STATES DISTRICT JUDGE