# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

Lamb Weston, Inc.

      v.                                                      Case Number: 1:25CV00176

Ivan Mercado

# N O T I C E

**Take notice** that a proceeding in this case has been set/re**set** as indicated below:

                  **PLACE:**     L. Richardson Preyer Building
                                       324 W. Market St., Greensboro, NC
**COURTROOM NO.:**     1A
 **DATE AND TIME:**     June 30, 2025 at 9:30 a.m.
    **PROCEEDING:**     Initial Pretrial Conference

**Local Rule 16.1(b) provides that the parties must hold their R. 26(f) conference at least 14 days before the scheduled initial pretrial conference and submit to the court their report within 10 days thereafter.** The scheduled initial pretrial conference is automatically canceled upon the submission to the court of the Joint Rule 26(f) Report (LR 16.2) that includes ==**L.R. 5.4 & 5.5 requirements.**== **If parties are unable to reach agreement on a discovery plan and therefore submit separate Rule 26(f) Reports (LR 16.3), and (L.R. 5.4 & 5.5) they shall appear for the scheduled initial pretrial conference.**

_____

Larry Cunningham, Clerk

By: /s/ Kimberly Garrett, Deputy Clerk

Date: April 29, 2025

TO:     ALL COUNSEL AND/OR PARTIES OF RECORD